EXHIBIT 3

# Confederate-themed mascot at Weld Central High School stirs up controversy

August 26, 2017

Two conflicting petitions regarding Weld Central High School's strikingly Civil-war-era-soldier-looking mascot, the Weld Central Rebel, are currently circulating online among community members.

The petitions — one advocating a change in school mascot, the other defending its existence — mirror high-profile incidents across the nation regarding disagreements about Civil War monuments and homages.

The contention at Weld Central arose in the week following violence at a white nationalist rally Aug. 12 in Charlottesville, Va., protesting the removal of a statue of Confederate Gen. Robert E. Lee.

Around the country officials have removed, often quietly, Confederate monuments. Duke University removed a statue of Gen. Robert E. Lee after it was vandalized amid a national debate about monuments to the Confederacy.

Baltimore Mayor Catherine Pugh ordered four Confederate statues in Baltimore removed under the cover of night.

Workers in Charlottesville draped giant black covers over two statues of Confederate generals.

Weld Central's rebel mascot used to appear with depictions of Confederate flags, but the district removed the flags years ago, said Greg Rabenhorst, Weld Central Re-3J School District superintendent. He's not sure exactly when the flag went away.

Most of the time the school doesn't even use the rebel mascot, he said. Most of the time the school uses "WC" as its logo.

Even when the mascot is used, it's exact look doesn't have an official image to which it has to adhere. When the district formed in the early 1960s, the high school choose the rebel mascot, but they never selected an official image or depiction of its mascot, Rabenhorst said. Weld Central Middle School also has rebel as its mascot.

Rabenhorst said the district's position is their rebel isn't a sign of racism, hate or violence, but one of school pride.

In casual conversations over the years, he said he's heard people mentioned concern about mascot, but not more than a couple times and nothing official or serious. Since the petitions started, he said he and the school have received a couple messages from parents and alumni. Most of the contact they've received have been in support of the mascot, he said.

Weld Central High School English as a second language teacher Susie Machuca has listened to people express concerns about the mascot for years. She grew up in the community, went to the school and now teaches there. Throughout that time she's heard concerns about a rebel mascot from teachers and parents, she said.

It's been more than a decade since the school flew a Confederate flag, but the mascot persists and that's disappointing to Machuca.

"It's extremely negative and not a positive image, especially for youngsters," she said Friday. "It represents hate."

She's glad people are talking about the mascot so much right now and hopes it leads to education and not hateful arguments or attacks.

"It needs to be out in the open, because that's how change will occur," Machuca said. "We have to communicate and collaborate together in a respectful way, whether you agree with the mascot or not."

An online petition to "Keep the mascot as the Rebels," had 1,147 supporters Friday afternoon. Parents and alumni proclaiming the mascot a symbol of school pride — and not racism — fill the petition's comment section.

Weld Central High School parent Nichole Park told 7 News (http://www.thedenverchannel.com/lifestyle/education/weld-county-school-examines-rebel-confederate-mascot) she didn't think the school should change because of public pressure arising in the wake of what happened in Charlottesville.

"It's just a symbol. It's nothing to worry about. I think people should just leave stuff alone," she told 7 News. "Just because somebody doesn't like something doesn't mean you should change everything to bow down to them."

The "Change Weld Central High School's mascot" had only has 29 supporters Friday afternoon. Its comments decry the rebel mascot, and say its Confederate likeness can't be separated from a history of slavery and racism.

"It definitely looks like a Confederate uniform," Brandi Webb, a Weld Central parent, told 7 News. "That's sad. If we're still in 2017, and we still have racist mascots, that's sad."

— The Associated Press contributed to this report.