1 Comment

 Like   Comment   Share

 **Rhonda Patterson-Eachus** shared a link.
4 hrs



**Petition: Keep the mascot as the Rebels.**
Trying to keep the school mascot as the Rebels. (181 signa...
thepetitionsite.com

 3

 Like   Comment   Share