

October 16, 2017

Rhonda Patterson-Eachus
18034 Sagebrush Wy Rr1
Brighton CO 80603

Rhonda,

On August 20, 2017, United became aware that you posted an inappropriate and racially insensitive video to Facebook. Several United employees reported seeing the video and being extremely offended by the content. As a result of these reports and the Company's investigation, Manager Tammy Mitchell and I instructed you that you needed to remove the offensive video immediately, since it was a clear violation of our United Social Media Policy and the Company's Working Together Guidelines. As a result of your failure to abide by those policies, the Company placed you on a Verbal Documented Warning level of discipline.

While investigating your inappropriate Facebook post, the Company also received four anonymous Ethics and Compliance complaints alleging that you discriminated against and harassed African Americans and people of color.

Additionally, several other African American and Hispanic employees raised complaints regarding the way you treated them. These employees specifically alleged that you bullied, harassed, discriminated against, and retaliated against them.

We interviewed the employees who came forward and were able to identify many situations where employees felt you treated them more harshly as a result of their race or color. When we met with you regarding these complaints you refused to admit any wrongdoing and failed to show remorse. You also continued to deny that the racially insensitive Facebook post was inappropriate and denied that there was anything wrong with posting the racially offensive video to Facebook, where a number of your direct reports could see it.

United has determined that your treatment of various employees of color violated its Anti-Harassment and Discrimination Policy and the following Working Together Guidelines:

- Treat each other with Mutual Respect

- Communicate and perform all duties in a safe, courteous, helpful, competent, dependable and businesslike manner

- Maintain a professional appearance while on duty or representing United to the public



- Act in ways that reflect favorably upon the company, yourself and your peers
- Use good judgment and open communication in all decisions
- Refrain from aggressive or threatening behavior, whether through words or actions

As a supervisor, United holds you to a higher standard. It is absolutely critical that United is able to trust its leaders. Unfortunately, you have broken that trust and various important United policies. Our progressive discipline process is based on changing behavior but that is not possible if you do not acknowledge that what you did was wrong and take ownership of your offensive and inappropriate behavior. Based on your misconduct, your failure to admit to your wrongdoing and apologize, and the fact that United does not believe that your relationship with the employees you supervise is salvageable, we are terminating your employment effective immediately. Please return all items of Company property in your possession including your airport SIDA badge within five business days. Be advised that you are not eligible for rehire with United or any related entity and are not eligible for any form of pass travel, including travel as the spouse, partner, travel companion, child, parent, or buddy pass rider of an employee or retiree.

Sincerely,

*Charlette Norfleet*

Charlette Norfleet
CS Manager
Denver, CO

cc: Human Resources
Personnel File