IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01375-MEH

RHONDA PATTERSON-EACHUS,

      Plaintiff,

v.

UNITED AIRLINES, INC.,

      Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2021.**

      This matter comes before the Court after counsel for the parties requested a settlement conference.

      ACCORDINGLY, the Clerk of the Court is directed to draw this case to another Magistrate Judge for the purpose of setting a settlement conference. Once the Magistrate Judge is drawn, counsel for the parties shall contact the Magistrate Judge's chambers within three business days to set a date and time for the conference. If the drawn Magistrate Judge believes that his or her docket would not allow for a timely conference, I request that the case be returned to the Clerk of the Court to be re-drawn to another Magistrate Judge.