IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01375-MEH

RHONDA PATTERSON-EACHUS,

    Plaintiff,

v.

UNITED AIRLINES, INC.

    Defendant.

---

**DEFENDANT UNITED AIRLINES, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO EXHIBIT 6 TO ITS MOTION *IN LIMINE* [Doc. 61]**

---

Defendant United Airlines, Inc. ("United"), by and through its counsel Cathy Havener Greer and Kathryn A. Starnella of Wells, Anderson & Race LLC, hereby moves the Court to maintain restricted access for Exhibit 6 to its Motion in Limine [Doc. 61] pursuant to D.C.COLO.LCivR 7.2(c), and in support thereof states as follows:

1.    Pursuant to D.C.COLO.LCivR 7.1(a), Counsel for United has conferred with counsel for Plaintiff regarding the instant motion. Plaintiff does not oppose the requested relief.

2.    United filed its Opposed Motion *in Limine* to Exclude Certain Evidence on April 5, 2021 [Doc. 60] along with attached exhibits. United filed Exhibit 6 under separate cover with a Level 1 restriction [Doc. 61] due to its confidential nature.

3.    Exhibit 6 is a record of a complaint of discrimination made by a non-party customer service representative against a non-party United supervisor. It has been designated "CONFIDENTIAL" pursuant to the active protective order in this matter [Doc. 18] and consists

of unsubstantiated allegations of discrimination against the employee. Plaintiff intends to use this document as a trial exhibit and Defendant United seeks to exclude it at trial.

4.      Making the contents of Exhibit 6 available to the public would cause harm to the non-party employee, would violate the confidential nature of the report, and would chill employees from reporting conduct in the future. Additionally, public disclosure of a non-party's confidential personnel matters "would be offensive and objectionable to a reasonable person of ordinary sensibilities." *Martinelli v. Dist. Ct. of Denver*, 612 P.2d 1083, 1091 (Colo. 1980). A Level 1 restriction—which allows access by the parties and the Court—for Exhibit 6 [Doc. 61] would preserve third-party privacy interests without prejudicing Plaintiff's ability to review the document for her response.

WHEREFORE, for the reasons described above, United requests that the Court instruct the Clerk of Court to maintain a Level 1 restriction for Exhibit 6 to its Motion *in Limine* to Exclude Certain Evidence [Doc. 61]

Dated this 8th of April, 2021.

Respectfully submitted,

*S/Kathryn A. Starnella*
Cathy Havener Greer
Kathryn A. Starnella
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-830-1212
Email: cgreer@warllc.com
Email: kstarnella@warllc.com
***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2021, a true and correct copy of the above and foregoing **DEFENDANT UNITED AIRLINES, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO EXHIBIT 6 TO ITS MOTION IN LIMINE [Doc. 61]**was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following address:

Dipak P. Patel, Esq.
Ciancio & Brown P.C. – Broomfield
390 Interlocken Crescent, Suite 350
Broomfield, CO 80021
*Attorneys for Plaintiff*

*S/ April Barrett*
April Barrett
Email: abarrett@warllc.com