IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01375-MEH

RHONDA PATTERSON-EACHUS,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2021.**

    Before the Court is Defendant's "Motion *in Limine* to Exclude Certain Evidence" (ECF 60). The Court will hear oral argument regarding the Motion on **April 28, 2021** at **3:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Counsel for the parties shall appear for oral argument and may appear **in person or by video**. Anyone appearing in person shall comply with the Court's General Order 2021-3, which may be accessed at www.cod.uscourts.gov. Anyone appearing by video shall do so by following the instructions attached to this Minute Order as an exhibit.