IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01375-MEH

RHONDA PATTERSON-EACHUS,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

___

### MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2021.**

    Pursuant to D.C.Colo.LCivR 7.2, Defendant's Unopposed Motion for Leave to Restrict Access [filed April 8, 2021; ECF 64] is **granted**. The Clerk of the Court is directed to maintain under Restriction Level One Exhibits 6 filed at ECF 61 until further order of the Court.