IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01375-MEH

RHONDA PATTERSON-EACHUS,

     Plaintiff,

v.

UNITED AIRLINES, INC.,

     Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2021.**

     In light of the parties' settlement (ECF 68), the Motion Hearing set for April 28, 2021; the Trial Preparation Conference set for May 3, 2021; and the four-day jury trial set to begin on May 18, 2021 are **vacated**.

     In addition, the Motion in Limine [filed April 5, 2021; ECF 60] is **denied as moot**.