IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01375-MEH

RHONDA PATTERSON-EACHUS,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

The parties' "Joint Motion to Dismiss Case with Prejudice" [filed May 5, 2021; ECF 72] is **granted**. This case is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado, this 6th day of May, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge